■ In the Matter of CHARLES T., a Person Alleged to be a Juvenile Delinquent and/or a Person in Need of Supervision, Appellant. — Appeal from an amended order of the Family Court of Clinton County, entered February 27, 1980, which adjudged respondent a juvenile delinquent and placed him for a period of 18 months in the custody of the New York State Division for Youth. Amended order affirmed. No opinion. Sweeney, J.P., Kane, Main, Mikoll and Herlihy, JJ., concur.